### WALTENBERG v. BERNHARD.

(Supreme Court, Appellate Term. May 24, 1899.)

APPEAL—WHEN LIES.

    Appeal will not lie from an order affirming a judgment; a judgment of affirmance being duly entered on the order, and no appeal being taken therefrom.

Appeal from city court of New York, general term.

Action by Bertha Waltenberg against Percival J. Bernhard. From an order of the general term affirming a judgment for plaintiff, and an order denying a new trial (56 N. Y. Supp. 396), defendant appeals. Dismissed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

James C. McEachen and Abm. J. Elkus, for appellant.

Alfred & Charles Steckler, for respondent.

FREEDMAN, P. J. The appeal of the defendant is from an order of the general term of the city court affirming a judgment entered against him upon the verdict of a jury, etc. The notice of appeal to this court embraces nothing else. The record shows, however, that judgment of affirmance was duly entered upon said order, and that no appeal was taken from such judgment. The appeal from the order should be dismissed, with costs.

Appeal dismissed, with costs to respondent. All concur.